**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
HARVEY GRUBER, ESQ.
Nevada Bar No. 6329
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
gruberh@hallevans.com
*Attorneys for Defendant*
*LOWE'S HOME CENTERS, LLC*

**HALL & EVANS, LLC**
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1002

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * *

ARIANNE CHRISTINE PHILLIPS,

Plaintiff,

vs.

LOWE'S HOME CENTERS, LLC, a Foreign Limited Liability Company; DOES I through XX and ROE BUSINESS ENTITIES I through XX, inclusive,

Defendants.

CASE NO: 2:25-cv-01511-GMN-EJY

**STIPULATION AND ORDER TO TAKE SETTLEMENT CONFERENCE OFF CALENDAR**

Pursuant to LR 16-5, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court take the Settlement Conference currently scheduled for July 23, 2026, at 9 am in the above-captioned case off calendar. In support of this Stipulation and Request, the parties state as follows:

///

///

///

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1002

The Parties have agreed to go through private mediation. The private mediation is scheduled for July 16, 2026, at 9:30 am

DATED this 16th day of July, 2026.

BOYACK LAW GROUP

*/s/ Bryan A. Boyack*
BRYAN A. BOYACK, ESQ.
Nevada Bar No.: 9980
DANIEL DASTRUP, ESQ.
Nevada Bar No. 13677
1707 Village Center Circle
Suite 100
Las Vegas, NV 89134
(702) 744-7474
bryan@BoyackLawGroup.com
danny@boyacklawgroup.com
*Attorneys for Plaintiff*

DATED this 16th day of July, 2026.

HALL & EVANS, LLC

*/s/ Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
HARVEY GRUBER, ESQ.
Nevada Bar No. 6329
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
gruberh@hallevans.com
*Attorneys for Defendant*
*LOWE'S HOME CENTERS LLC*

**ORDER**

IT IS HEREBY ORDERED that the settlement conference scheduled for July 23, 2026 is VACATED.

**IT IS SO ORDERED.**

DATED this 16 day of July, 2026.

[signature]
United States Magistrate Judge