**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
HARVEY GRUBER, ESQ.
Nevada Bar No. 6329
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
gruberh@hallevans.com
*Attorneys for Defendant*
*LOWE'S HOME CENTERS, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ARIANNE CHRISTINE PHILLIPS,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a Foreign Limited Liability Company; DOES I through XX and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO: 2:25-cv-01511-GMN-EJY<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST LOWE'S HOME CENTERS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff ARIANNE CHRISTINE PHILLIPS and Defendant, LOWE'S HOME CENTERS, LLC, through their respective attorneys of record, that the claims asserted by Plaintiff ARIANNE CHRISTINE PHILLIPS against Defendant, LOWE'S HOME CENTERS, LLC be dismissed in their entirety, with prejudice, the

///

///

///



HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1002

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1002

parties each to bear their own costs and fees.

DATED this 31st day of July, 2026.

BOYACK LAW GROUP

/s/ Bryan A. Boyack
BRYAN A. BOYACK, ESQ.
Nevada Bar No.: 9980
DANIEL DASTRUP, ESQ.
Nevada Bar No. 13677
1707 Village Center Circle
Suite 100
Las Vegas, NV 89134
(702) 744-7474
bryan@BoyackLawGroup.com
danny@boyacklawgroup.com
*Attorneys for Plaintiff*

DATED this 31st day of July, 2026.

HALL & EVANS, LLC

/s/ Harvey Gruber
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
HARVEY GRUBER, ESQ.
Nevada Bar No. 6329
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
bondsk@hallevans.com
gruberh@hallevans.com
*Attorneys for Defendant*
*LOWE'S HOME CENTERS LLC*

**ORDER**

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, it is hereby ordered that the Stipulation is approved. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

**DATED** this 31 day of July, 2026.

Gloria M. Navarro, District Judge
United States District Court